**Entered on Docket
September 16, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 29 1997
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ) CASE NO. 4-88-01828-J2
) (incorrectly noted as 4-88-01818-J2)
)
Save Club, Inc., ) ORDER FOR PAYMENT
) OF UNCLAIMED FUNDS
Debtors. )

The Court finds that an amount of $2,103.64 constituting unclaimed funds is declared due to Ambassador Factors Corporation for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, per 28 USC § 2042, the Bankruptcy Clerk, Northern District of California, pay this unclaimed money to the order of:

    Ambassador Factors Corporation
    c/o **Washington Research Trust Company**
    **PO Box 463 - Redmond, WA 98052**
    Attorney-in-Fact for
    Ambassador Factors Corporation

Dated: JUL 29 1997

                                    Bankruptcy Judge
                                    Northern District of California

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ) | CASE NO. 4-88-01828-J2 |
| ) | (incorrectly noted as 4-88-01818-J2) |
| Save Club, Inc., ) | |
| ) | MOTION FOR PAYMENT |
| ) | OF UNCLAIMED FUNDS |
| Debtors. ) | |

There having been a dividend check in the amount of $2,103.64 in the above named case issued to Ambassador Factors for Purified Down which was not delivered due to an incorrect address, and said check having not been cashed by said payee, the Trustee, per 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, U.S. Bankruptcy Court. The creditor address on the Trustee record is _none given__. The current creditor address is provided below.

Attached is a Limited Power of Attorney of Ambassador Factors, agent for Purified Down. Application is hereby made for the Clerk, U.S. Bankruptcy Court, to pay this unclaimed money to the order of Ambassador Factors Corporation, in care of Washington Research Trust, Attorney-in-Fact for Ambassador Factors Corporation at the following address: **PO Box 463 - Redmond, WA 98052**

_[signature]_
Brace Hocker, President - Washington Research Trust
Attorney-in-fact for Ambassador Factors Corporation
Abraham Somach, Executive Vice President
Ambassador Factors Corporation
1450 Broadway - 8th Floor
New York, NY  10018
212-221-3939

SUBSCRIBED AND SWORN before me this _28_ day of _Dec_____, 19_94_.

_[signature] Judy Aadland_
NOTARY PUBLIC in and for the
State of Washington,
Residing in King County
My commission expires: _10/1/97_

Case: 88-41828    Doc# 2    Filed: 07/29/97    Entered: 09/16/15 16:06:49    Page 2 of 2